October 22, 2002

# NOTICE

RE:  STATE FARM FIRE & CASUALTY COMPANY, *AS SUBROGEE OF ROBERT E. ROEHM AND PATRICIA ROEHM* v. ELECTROLUX HOME PRODUCTS, INC. & LOWE'S HOME CENTERS, INC. - 02-cv-4019

Judge Davis has scheduled the above-referenced case for a **Rule 16 conference** in his chambers, **Room 5918**, on <u>**Monday, November 18, 2002 at 3:00 p.m.**</u>

Counsel are directed to complete the enclosed copy of the Conference Information Report. Please mail or fax the completed Conference Information Report such that it arrives in Judge Davis' Chambers at least three business days prior to the Rule 16 Conference. Further, counsel are expected to present a completed joint discovery plan pursuant to Federal Rule of Civil Procedure 26 (F).

At the close of the conference, you will receive an Order from Judge Davis that will list firm dates for the completion of discovery, other pretrial submissions and the trial, if a trial is required.

Very truly yours,

_____

Jessica Whitfield
Deputy Clerk to
Hon. Legrome D. Davis
(267)299-7651
(Fax) 267-299-5076

<u>Copies by mail to</u>:
C. Nicolson, Esq.
<u>Copies by fax to</u>:
J. Canter, Esq.
N. Briggs, Esq. - 10/22/02 - JW