IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| State Farm Fire & Casualty Company | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Electrolux Home Products, Inc. et al. | : | NO. 02-CV-4019 |
| | : | |
| Defendants. | : | |

**SCHEDULING ORDER**

AND NOW, this     day of November, 2002, it is hereby **ORDERED** and decreed:

1) Factual Discovery shall be completed by April 1, 2003.

2) Plaintiff's Expert Reports shall be filed by May 1, 2003.

3) Defendant's Expert Reports shall be filed by June 2, 2003.

4) Dispositive Motions shall be filed by July 1, 2003.

5) Responses to Dispositive Motions shall be filed by August 1, 2003.

6) Following resolution of Summary Judgment Motions, a Final Pretrial Conference before Judge Legrome D. Davis will be scheduled prior to the anticipated trial date.

7) Upon joint request of parties, this matter will be referred to Magistrate Judge Diane M. Welsh for a settlement conference.

**BY THE COURT:**

_____
Legrome D. Davis
United States District Judge
Eastern District of Pennsylvania

Case 2:02-cv-04019-LDD    Document 9    Filed 11/19/2002    Page 2 of 2