IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STATE FARM FIRE & CASUALTY COMPANY, As subrogee of Robert and Patricia Roehm, | : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | NO. 02-CV-4019 |
| ELECTROLUX HOME PRODUCTS, INC. et al., | : : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this      day of January, 2003, upon consideration of this Court's November 19th, 2002 Scheduling Order, Defendants' October 16th, 2002, Motion to Compel Answers to Discovery Requests is hereby **DENIED AS MOOT**.

BY THE COURT:

_____
Legrome D. Davis, U.S.D.J.