IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY a/s/o Robert Roehm and Patricia Roehm | : : : | |
| Plaintiff, | : : | C.A. No.  02-CV-4019 |
| v. | : : | |
| ELECTROLUX and LOWE'S HOME CENTERS, INC. | : : | JURY TRIAL DEMANDED |
| Defendant. | : | |

_____

## ORDER

AND NOW, this _____ day of _____, 2003, upon consideration of Plaintiff's Motion to Extend Discovery, and Defendant's Response hereto, it is hereby ORDERED that Plaintiff's Motion is GRANTED.

IT IS FURTHER ORDERED that the Discovery Deadline shall be extended for a period of sixty (60) days, and shall be completed by June 2, 2003.

BY THE COURT:

_____
THE HONORABLE LEGROME D. DAVIS