IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY a/s/o Robert Roehm and Patricia Roehm : <br> Plaintiff, : <br> : <br> v. : <br> : <br> ELECTROLUX and LOWE'S HOME CENTERS, INC. : <br> Defendant. : | C.A. No. 02-CV-4019 <br><br><br> JURY TRIAL DEMANDED |

_____

**PLAINTIFF STATE FARM FIRE & CASUALTY COMPANY'S
MOTION TO COMPEL DEFENDANT ELECTROLUX TO ANSWER TO
DISCOVERY AND MOTION FOR ASSESSMENT OF ATTORNEY'S FEES**

COMES NOW PLAINTIFF, and pursuant to Federal Rules of Civil Procedure 37, files its Motion to Compel Defendant Electrolux to answer discovery, and its Motion for Assessment of Attorneys Fees. The specific grounds for Plaintiff's Motions are more fully set forth in the attached Memorandum of Law.

                                                       FREY, PETRAKIS, DEEB, BLUM,
                                                       BRIGGS & MITTS, P.C.


                                      By:_____
                                      STEPHEN J. ALEXANDER, ESQUIRE
                                      1601 Market Street, 6th Floor
                                      Philadelphia, PA 19103
                                      (215) 563-0500

                                      Attorney for Plaintiff
                                      State Farm Fire & Casualty Company