IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY a/s/o Robert Roehm and Patricia Roehm : <br> Plaintiff, : <br> : <br> v. : <br> : <br> ELECTROLUX and LOWE'S HOME CENTERS, INC. : <br> Defendant. : | C.A. No. 02-CV-4019 <br><br><br><br> JURY TRIAL DEMANDED |

_____

**ORDER**

AND NOW, this _____ day of _____, 2003, upon consideration of Plaintiff's Motion to Compel Discovery against Defendant Electrolux, and Defendant Electrolux's Response hereto, it is hereby ORDERED that Plaintiff's Motion to Compel is GRANTED.

IT IS FURTHER ORDERED that the Defendant Electrolux will produce discovery to Plaintiff within three (3) days of the date of this Order or within that period of time show cause why the Motion for Assessment of Attorney's Fees should not be granted.

BY THE COURT:

_____
THE HONORABLE LEGROME D. DAVIS