**CERTIFICATE OF SERVICE**

      I, Stephen J. Alexander, Esquire, hereby certify that I served a true and correct copy of the foregoing Plaintiff's Motion to Compel Discovery and Assessment of Attorney Fees via regular mail, postage prepaid, on March 27, 2003 to all interested parties listed below:

_____
STEPHEN J. ALEXANDER, ESQUIRE