IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STATE FARM FIRE & CASUALTY CO.,    :        CIVIL ACTION
        Plaintiff,    :
           :
        v.    :        NO. 02-CV-4019
           :
ELECTROLUX HOME PRODUCTS, INC.,    :
et al.,    :
        Defendants.    :

**AMENDED SCHEDULING ORDER**

AND NOW, this      day of April, 2003, upon consideration of Plaintiff's Motion to

Extend Discovery (Document No. 11, filed March 26, 2003), it is hereby **ORDERED** that the

motion is **GRANTED** as follows:

1.      Factual Discovery shall be completed by June 1, 2003.

2.      Plaintiff's expert reports shall be filed by July 1, 2003.

3.      Defendant's expert reports shall be filed by August 1, 2003.

4.      Dispositive motions shall be filed by September 1, 2003.

5.      Responses to dispositive motions shall be filed by October 1, 2003.

6.      Following the resolution of dispositve motions, this Court will schedule a final pretrial

      conference.

7.      Upon the joint request of the parties, this matter will be referred to the Honorable Diane

      M. Welsh for a settlement conference.

BY THE COURT:

_____
Legrome D. Davis, U.S.D.J.