**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY a/s/o Robert Roehm and Patricia Roehm | : : : | |
| Plaintiff, | : : | C.A. No. 02-CV-4019 |
| v. | : : | |
| ELECTROLUX and LOWE'S HOME CENTERS, INC. | : : | JURY TRIAL DEMANDED |
| Defendant. | : | |

**PLAINTIFF'S MOTION TO DISMISS ITS COMPLAINT WITH PREJUDICE**

AND NOW, this 15th day of July 2003, comes the Plaintiff State Farm Fire and Casualty Company (hereinafter "State Farm") files the following Motion to Dismiss with Prejudice.

Plaintiff respectfully requests that this Honorable Court dismiss Plaintiff's Complaint with prejudice.

Respectfully Submitted,

**FREY, PETRAKIS, DEEB, BLUM BRIGGS & MITTS, P.C.**

By: _____/s/_____
STEPHEN J. ALEXANDER, ESQ.
Attorney for Defendants
1601 Market Street, 6th Floor
Philadelphia, PA. 19103
(215) 563-0500

Dated: July 15, 2003

#### IN THE UNITED STATES DISTRICT COURT
#### EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY a/s/o Robert Roehm and Patricia Roehm | : : : | |
| Plaintiff, | : | C.A. No.  02-CV-4019 |
| | : | |
| v. | : | |
| | : | |
| ELECTROLUX and LOWE'S HOME CENTERS, INC. | : : | JURY TRIAL DEMANDED |
| Defendant. | : | |

### ORDER

**AND NOW**, this _____ day of _____, 2003, upon consideration of Plaintiff's Motion to Dismiss it's Complaint with Prejudice, and there being no opposition filed by Defendants, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**.

**IT IS FURTHER ORDER AND DECREED**, that Plaintiff's Complaint is Dismissed with Prejudice.

BY THE COURT:

_____
THE HONORABLE LEGROME D. DAVIS

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY a/s/o Robert Roehm and Patricia Roehm | : : : | |
| Plaintiff, | : : | C.A. No. 02-CV-4019 |
| v. | : : | |
| ELECTROLUX and LOWE'S HOME CENTERS, INC. | : : | JURY TRIAL DEMANDED |
| Defendant. | : | |

**CERTIFICATION OF SERVICE**

    I, STEPHEN J. ALEXANDER, ESQUIRE, hereby verify that the Plaintiff's Motion to Dismiss its Complaint with Prejudice in the within matter was served on Defendant, Lowe's Home Centers and Electrolux via regular mail at said defendant's attorney at the following address on July 15, 2003:

Jackie Canter, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1845 Walnut Street
Philadelphia, PA  19103

Cheryl M. Nicholson, Esquire
Mallon & Blatcher
12 South Monroe Street
Media, PA  19063

    I hereby verify that the foregoing are true and correct to the best of my knowledge, information and belief.  I understand that the statements therein are made subject to the penalties of 18 Pa. C.S. §4904 relating to unsworn falsification to authorities.

**FREY, PETRAKIS, DEEB, BLUM,**
**BRIGGS & MITTS, P.C.**


By: _____/s/_____
    STEPHEN J. ALEXANDER, ESQUIRE

Dated:  July 15, 2003